1  LAW OFFICES OF BILL LATOUR
2  BILL LATOUR [CSBN: 169758]
3        1420 E. Cooley Dr., Suite 100
          Colton, California 92324
4        Telephone: (909) 796-4560
          Facsimile:  (909) 796-3402
5        E-Mail: fed.latour@yahoo.com
6
7  Attorney for Plaintiff

FILED
CLERK, U.S. DISTRICT COURT

SEP 17 2015

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

8                UNITED STATES DISTRICT COURT
9        CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

10  MANDEL STAFFAWN LOPEZ,              )   No. EDCV 14 - 00922 ~~RNB~~ E
11                                       )
12       Plaintiff,                      )   [~~PROPOSED~~] ORDER AWARDING
                                         )   EAJA FEES
13       v.                              )
14                                       )
15  CAROLYN W. COLVIN, Acting           )
     Commissioner Of Social Security,    )
16                                       )
17       Defendant.                      )
    _____)

18
19       Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),
20       IT IS ORDERED that EAJA fees are awarded in the amount of THREE
21  THOUSAND DOLLARS AND 00/100 ($3,000.00) subject to the terms of the
22  stipulation.
23       DATE: 9/17/15        _____
                               Charles F. Eick
24                            HON. ~~ROBERT N. BLOCK~~
                              UNITED STATES MAGISTRATE JUDGE
25
26
27
28

-1-